Case 2:21-cv-00287   Document 22   Filed on 05/05/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARCUS DOWNIE, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00287 |
| | § | |
| HERRMAN AND HERRMAN, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Magistrate Judge Mitchell Neurock's Memorandum and Recommendation ("M&R"). (D.E. 18). The M&R recommends that the Court dismiss without prejudice Plaintiff's complaint (D.E. 1), pursuant to the screening provisions of the Prison Litigation Reform Act, for lack of subject matter jurisdiction. (D.E. 18); *see* 28 U.S.C. §§1915(e)(2)(B); 1915A(b)(1).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding

that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 18). Accordingly, Plaintiff's complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction. (D.E. 1).

      SO ORDERED.

                                                DAVID S. MORALES
                                                UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      May 3rd, 2022